United States District Court
Southern District of Texas
**ENTERED**
July 27, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HELDER NETO PEDRO MIRANDA §<br>#220-390-605 §<br> §<br>  Petitioner, §<br> §<br>v. § Civil Action No. H-23-287<br> §<br>WARDEN, Montgomery Processing §<br>Center, §<br> §<br>  Respondent. § |  |

**ORDER GRANTING**
**RESPONDENT'S AMENDED MOTION TO DISMISS**

This matter comes before the Court on Respondent's Motion to Dismiss Petitioner's Habeas Petition. The Court, having reviewed the motion and any responses thereto, FINDS and ORDERS as follows:

The Motion to Dismiss is GRANTED and the Habeas Petition is DISMISSED as moot.

DATED, this  27th  day of  July , 2023 at Houston, Texas.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE